UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS

TRANSOCEAN TERMINAL
OPERATORS, PROJECTS
EQUIPMENT COMPANY, WIRE ROPE
CORPORATION OF AMERICA,
TIMOTHY TRAYNOR, HERFORTH
CORPOSRATION, GHZ INSURANCE
COMPANY, FOREST LINES, INC.

CIVIL ACTION

NO. 11-19-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 21, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims shall be dismissed sua sponte under 28 U.S.C. § 1915(e) as frivolous.

Baton Rouge, Louisiana, July 14, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA